UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants. | Civil Action No. 25-999 (TNM) |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, for the reasons stated in the accompanying memorandum of law, Plaintiffs hereby move for a preliminary injunction to restrain and enjoin Defendants from terminating the functions of the Institute of Education Sciences (IES) by (1) terminating research studies, data collections, and dissemination activities that fulfill statutory requirements; (2) eliminating 90% of IES staff positions via a reduction in force, leaving insufficient staff to carry out statutory mandates; (3) destroying any data or records subject to the Federal Records Act and 20 U.S.C. § 9574, except in accordance with the procedures described in 44 U.S.C. Chapter 33 ; or (4) taking any other steps that hinder IES's ability to perform its statutory responsibilities. Plaintiffs further seek an order (1) reinstating to active work status employees whose work is necessary to the performance of IES's statutory duties; (2) reinstating IES programs terminated since February 9, 2025; (3) suspending the termination of the remote access program for restricted-use data, scheduled to take effect June 1, 2025; and (4) requiring Defendants to rescind all notices of contract termination issued on or after February 9, 2025.

At approximately 5:15 p.m. on April 17, 2025, counsel for Plaintiffs emailed the Director and Deputy Director for the Federal Programs Branch of the Department of Justice and the Chief of the Civil Division of the U.S. Attorney's Office in D.C. to provide them with electronic copies of the complaint, motion for a preliminary injunction, and accompanying memorandum, declarations, and proposed order via e-mail before completing this electronic filing.

Dated: April 17, 2025                                  Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver (DC Bar No. 1020475)
Karla Gilbride (DC Bar No. 1005886)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

*Attorneys for Plaintiffs*