UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION<br><br>Defendants. | Civil Action No. 25-999-TNM |

**DECLARATION OF BELINDA DOE**

I, Belinda Doe, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. Although I am submitting this declaration under a pseudonym, this declaration is based on my personal knowledge, information and belief.

2. I am an academic researcher who currently holds a license to access National Center for Education Statistics' (NCES) restricted-use data through its remote platform.

3. On Friday, March 28, 2025, I received an email from the Standard Application Process (SAP) Administrative Team at the National Science Foundation, which runs ResearchDataGov. Since December 2022, ResearchDataGov has been the website by which one applies for an NCES restricted-use data license. My license, however, pre-dates that system. The email indicated that "until further notice, all [NCES] disclosure review and additional actions such as license renewals are paused," and that I could not share any research or analysis relying on

restricted-use data "until the pause is lifted and [such] output is cleared through disclosure review." A true and correct copy of that email is attached as Exhibit 1.

4. On Monday, March 31, 2025, I received an email from the same email address, labeled a "Correction." That email, a true and correct copy of that email is attached as Exhibit 2, indicated that "Disclosure reviews continue" but that "users should expect delays in response to both new and existing requests."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2025

/s Belinda Doe
Belinda Doe

# EXHIBIT 1

 **Outlook**

**IMPORTANT: ResearchDataGov Application Update**

From Standard Application Process Administrative Team <singleportal_admin@nsf.gov>
Date Fri 3/28/2025 11:25 AM
To Standard Application Process Administrative Team <singleportal_admin@nsf.gov>

**This Message Is From an External Sender**

Report Suspicious

Dear Researcher,

You currently have an active project with the National Center for Education Statistics (NCES). We regret to inform you that until further notice, all disclosure review and additional actions such as license renewals are paused. You can continue to use the data, per the terms of your license with NCES and any data use restrictions. You may not release any output, such as tabulations or estimates, until the pause is lifted and your output is cleared through disclosure review.

We apologize for any inconvenience that may result from this pause. We will notify you when disclosure reviews and other actions are able to resume.

Best regards,

SAP Program Management Office | NCSES

# EXHIBIT 2

 **Outlook**

## CORRECTION: IMPORTANT ResearchDataGov Application Update

**From** Standard Application Process Administrative Team <singleportal_admin@nsf.gov>
**Date** Mon 3/31/2025 9:09 AM
**To** Standard Application Process Administrative Team <singleportal_admin@nsf.gov>

**This Message Is From an External Sender**

Report Suspicious

Dear Researchers,

**\*\*Please see the correction below to the email sent previously about your RDG application.*

You currently have an active project with the National Center for Education Statistics (NCES). You can continue to use the data, per the terms of your license with NCES and any data use restrictions. **\*CORRECTION**: Disclosure reviews continue, although users should expect delays in response to both new and existing requests. As a reminder, you may not release any output, such as tabulations or estimates, until your output is cleared through disclosure review. License renewals should be requested with as much advanced notice as is practicable to help ensure your license remains active without interruption.

Best regards,
SAP Program Management Office | NCSES