UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants. | Civil Action No. 25-999-TNM |

**DECLARATION OF CARA JACKSON**

I, Cara Jackson, declare as follows:

1. I am an evaluation expert with decades of experience designing and managing evaluations of education programs. After receiving a B.A. in Psychology & Sociology at Rutgers University, I obtained an Ed.M. (Master of Education) from Harvard University, and a Ph.D. in Education Policy and an Advanced Certificate in Education Measurement & Statistics from the University of Maryland.

2. I am a member of the Association for Education Finance and Policy (AEFP). From March 2024 to March 2025, I served as AEFP's President.

3. In April 2021, I joined Abt Global (Abt), a consulting and research firm that collects and analyzes data and counsels clients across a broad range of industries and subject matters, including education, health, and social and economic policy. I started at Abt as a Senior Associate and was promoted to Principal Associate in August 2024. As of early 2025, I had been assigned to work in different capacities on three contracts awarded by the Institute of Education Sciences

(IES), a research agency within the Department of Education (ED), and one grant awarded by the Office of Elementary and Secondary Education within ED. As explained below, in February and March of 2025, work on all four contracts or grants was terminated—formally, in the case of the two IES contracts and one ED grant, and effectively, in the case of the other ED contract.

4. As relevant here, I had gained expertise throughout my career on the methodological standards that ED, operating through IES, has used to conduct independent reviews of research on what works well in education. IES operates a What Works Clearinghouse (WWC), https://ies.ed.gov/ncee/wwc, which has published a highly technical "Procedures and Standards Handbook," https://ies.ed.gov/ncee/wwc/handbooks, to aid evaluators in assessing education researchers' familiarity with appropriate methodological standards for drawing causal inferences. Effectively a tool for a peer review process, the WWC standards enable an evaluator to assess whether the claims put forward in a research paper are accurate and valid.

5. In January and February 2025, I was working on four different projects funded by ED. First, IES awarded a contract to Mathematica called Tools, Online Assistance, Standards, and Training (TOAST). Abt was a subcontractor to Mathematica. I was assigned to work on this contract while I was a Senior Associate in Abt and continued to work it as a Principal Associate. My role was to help facilitate feedback on the WWC website. As noted above, the website provides tools for applying the WWC standards to the educational research that is being reviewed. The website also provides resources for educators (such as the practice guides), and these resources were the primary focus of the feedback.

6. In early 2025, I was in my second year of the project.

7. Second, IES awarded to Abt a contract on Task Orders 1 and 4 as part of a project called Preschool-to-Postsecondary Evidence Synthesis Task Orders (PESTO). The project's

2

purpose is to produce practice guides and intervention reports in specific areas. I was assigned to work on Tasks 1 and 4 while a Senior Associate and continued to work on these tasks as a Principal Associate. Under Task 1, Abt would prepare practice guides to help elementary school teachers address problematic student behaviors. Under Task 4, Abt would prepare practice guides to help elementary school teachers with reading interventions for grades K-3.

8. I was scheduled to facilitate a meeting on February 11, 2025, with the Small Working Group of Experienced Education Practitioners, an initiative of the TOAST contract. That meeting, although focused on the TOAST contract, would have provided feedback for multiple WWC contracts, including the PESTO contract. That February 11 meeting was canceled. My understanding is that officials from the Department of Education, not our usual contacts at IES, notified the project managers at Abt that both contracts were being terminated. Abt, in turn, directed its employees assigned to these IES contracts to stop working on the contracts.

9. As a result, Mathematica closed the Sharepoint site that contained TOAST meeting facilitation materials. For PESTO Task Order 1, the practice guide had been published in December 2024. But I was one of a few people (including another Abt employee and an educator who served on the expert panel supporting the practice guide), who, as part of the contract, had been tasked with helping disseminate the practice guide, including by making a presentation at a conference. Following the notification of termination, Abt instructed the other Abt employee and me to stop work on the conference presentation. As to PESTO Task Order 4, study reviews had been completed, but work stopped before the recommendations could be finalized.

10. In addition, Abt was the evaluator on another project funded by ED: NOLA SEED. This was a New Orleans Louisiana Supporting Effective Education Grant funded by ED's Office of Elementary & Secondary Education, through the Supporting Effective Educator Development

Grant Program. ED awarded the grant to Tulane University, and the grant was administered by New Schools for New Orleans (NSNO). NSNO, in turn, awarded Abt a contract to be the evaluator. The grant's purpose was to increase the number of highly effective educators by supporting the implementation of evidence-based practices that prepare, develop, or enhance their skills. I was the Principal Investigator evaluating the grant. But on February 10, Tulane received a letter from ED canceling this grant. Abt's contact at NSNO notified the Abt team of the grant's cancellation in the afternoon of February 12th. We were in the middle of administering a survey to program participants. One of my colleagues closed the survey and created an automated message for survey recipients. We had to document the work we had done in between invoices to finalize closeout costs. At that point, Abt's work evaluating the program—and thus, my work—came to an end.

11. On Friday, February 14, Abt notified me that it was eliminating my position, effective March 6. It was generally understood that my position was being eliminated for lack of funding, given the termination of the contracts and grant on which I was working.

12. I had one other project funded by ED that was not formally terminated. Abt was awarded a contract from ED—this one to conduct the National Evaluation of Comprehensive Centers. This is a study of ED's Comprehensive Centers, which provide services to state, regional, and local educational agencies and schools to improve educational opportunities and outcomes for students, including students from low-income families. This study is mandated by Congress. *See* 20 U.S.C. 9603. I was the study lead. IES oversaw this contract, and participation and feedback by IES's project staff was essential to performing the contract. In supporting this contract, IES staff would review materials, provide necessary feedback, and approve all project documents.

13. In February 2025, the IES project manager assigned to this evaluation contract resigned. On March 11, 2025, defendants initiated a mass reduction in force (RIF), firing nearly

90% of IES staff; consequently, other IES staff involved with this project were placed on administrative leave in anticipation of a reduction in force. The report was about to be reviewed by IES's Standards and Review Office, but that office lost employees, and IES no longer had the staff necessary to complete the work. Thus, my work on this contract has come to an end.

14. IES research projects are vital and irreplaceable. Until it was dismantled, IES was providing the education research infrastructure in this country. For example, the National Assessment of Educational Progress (NAEP) provides critical information on how students in the country are actually doing. The Education Resources Information Center (ERIC), an online library, made education research and information publicly available. The Common Core of Data (CCD) provided a comprehensive, annual, national database of all public elementary and secondary schools and school districts in the United States. I have made use of all these tools in my own work. Shutting IES down has effectively eliminated essential tools for producing and disseminating data to inform decisions and research to identify which programs, policies, and practices improve student outcomes, undermining the public's ability to hold policymakers accountable for outcomes in our nation's schools.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2025

s/ Cara Jackson
Cara Jackson