UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION FOR EDUCATION
FINANCE AND POLICY, INC.; THE
INSTITUTE FOR HIGHER
EDUCATION POLICY,

  Plaintiffs,

  v.

LINDA MCMAHON, in her official
capacity as Secretary of Education; U.S.
DEPARTMENT OF EDUCATION

  Defendants.

Civil Action No. 25-999-TNM

## DECLARATION OF DOUGLAS HARRIS

I, Douglas N. Harris, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge, information and belief.

2. I am an economist by training, and currently serve as a Professor and Chair of the Department of Economics at Tulane University. For the past three decades, my work has focused on the economics of education. I am a member and former elected board member of the Association for Education Finance and Policy, a plaintiff in this case, and submit this declaration in that capacity, as well as my capacity as Editor of the *AEFP Live Handbook on Education Finance and Policy*, or "Live Handbook."

3. The Live Handbook, viewable at http://www.livehandbook.org, was started as an AEFP initiative in 2023, as an extension of AEFP's previous publication, the *Handbook of Research in Education Finance and Policy*—which was published in paper form, and had been

1

used by AEFP members for years. We decided that rather than write a new edition of that handbook, we would create an internet-based guide to evidence-based research related to education policy that would be both more accessible to a broader audience, and regularly updated to reflect new research. Focusing on the most current research, and making it easily accessible, is consistent with AEFP's mission of providing a forum for exchanging ideas and knowledge, while promoting research that can be used to contribute to educational development.

4. Each of Live Handbook's chapters—which cover a range of topics in Early Education, K-12 Education, and Higher Education—gathers and distills the findings of the most up-to-date research. The chapters are designed to provide a high-level overview of key findings for policymakers, practitioners, and journalists, as well as to provide a longer discussion that will be of use to researchers like AEFP members. In drafting and updating Live Handbook chapters, we tell authors to focus on the most recent and most methodologically sound studies.

5. At launch this year, there were fifty chapters in Live Handbook. Next year, we plan to add another 25 chapters. We also planned to update each of the existing chapters each year. The website already has garnered more than 5,000 regular users in just its first month. While we cannot track individual users on the site, we believe this group includes federal, state, and local policymakers, school leaders, journalists, and researchers.

6. Without data obtained, analyzed, and disseminated by IES, and without research and studies conducted and supported by IES, it will be difficult for us to continue to operate Live Handbook as intended. Such data and research provide the backbone for much of the handbook. I believe that every one of the chapters includes at least one reference to IES-funded data or research. Many individual chapters are also heavily dependent on IES products. For example, I wrote the chapter entitled, Charter Schools. This chapter has 12 references to the Stanford Center

2

for Research on Education Outcomes (CREDO), which itself has been partially funded by IES. Some of the charter school research also used the Stanford Education Data Archive (SEDA), which takes IES-funded data (the Common Core of Data and EDFacts) as its starting point.

7. I also searched the Live Handbook for references to certain specific federal data sources. The IES-created National Education Longitudinal Study (NELS) is mentioned 42 times. The IES-created Early Childhood Longitudinal Study (ECLS) is mentioned 38 times. The IES-created National Assessment of Educational Progress (NAEP) is mentioned 9 times. The Integrated Postsecondary Education Data System (IPEDS) is mentioned 8 times. The IES-created Common Core of Data is mentioned 6 times. These total 103 references, a number that significantly undercounts the actual amount of usage in the Live Handbook. The chapter authors mostly cite studies that use these data sets, not the data sets themselves. Much of these data are accessed through IES's Datalab—the contract for which was recently canceled. Without support for Datalab, to the extent the site remains accessible at all, researchers will continue to have difficulties accessing this data, as they have since the contract was canceled. In addition, many researchers rely on restricted data from these data collections. Because ED has halted approvals of new restricted data licenses and terminated all remote restricted-use data licenses, researchers will be unable to access this data. And even if access to the older versions of these data sets is restored, researchers will not have access to updated data if new data collections are stopped, as has already happened with the ECLS-K:2024 and the NAEP 17-year-old assessment. A lack of current data will make it more difficult for Live Handbook to accurately communicate the costs and benefits of federal, state, and local education policies or of the roughly $1 trillion the U.S. spends on education each year.

8.   The State Longitudinal Data Systems (SLDS) program deserves special attention. Most rigorous studies depend partly on the SLDS because they have to track student outcomes and program participation over time. Without these data systems, rigorous analysis of the costs and benefits of education programs for children would largely to a halt. While funding for this program was not cancelled, the support staff were dismissed.

9.   One reason why IES data and research play such a central role is that we have asked Live Handbook authors to focus only on the best and most rigorous research. In this sense, IES-funded data and research are not replaceable. In some cases, states, school districts, and schools are required by law to take part in federal data collection. In other case, they are not required, but IES is held in such high regard that they do so of their own accord. Also, some studies are expensive enough that they would not be possible otherwise. Finally, the rigorous standards that IES sets for its review process improves the quality of work. This is why IES-funded data and research are the gold standard.

10.   In general, IES, its data sets, and the principles and demands that it has placed on educational researchers have led to more methodologically sound studies, which can be relied upon by AEFP members and others across ideologies—including in the drafting of the Live Handbook. Without such work, the education research community as a whole will suffer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2025

DOUGLAS N. HARRIS