UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION<br><br>　　　　Defendants. | Civil Action No. 25-999-TNM |

**DECLARATION OF ERIN POLLARD YOUNG**

I, Erin Pollard Young, declare as follows:

　　　1.　　I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues.

　　　2.　　I am an Education Research Analyst in the National Center for Education Evaluation and Regional Assistance (NCEE), a part of the Institute of Education Sciences (IES), which is itself a semi-independent division of the Department of Education (ED). I have worked at NCEE for 14 years. As an Education Research Analyst, I have knowledge about the responsibilities of IES in general and NCEE specifically.

　　　3.　　NCEE is divided into two divisions: Evaluation and Knowledge Use. I work in the Knowledge Use division. The Knowledge Use Division has two branches: the Regional

1

Educational Laboratory Branch and the Knowledge Synthesis Branch. I work in the Knowledge Synthesis Branch.

    4.    The Knowledge Synthesis Branch is responsible for three programs:

    a. **Education Resources Information Center** (ERIC). ERIC is a large-scale database of education research that is 60 years old. It is the second most visited website of the Department. It is the only major database of grey literature, which means literature not published in a journal, but from schools, districts, or policy centers across the country. It also includes literature from both mainstay and obscure journals. It catalogs the metadata and makes it available in a free database and data feeds. It has over 14 million users a year.

    b. **What Works Clearinghouse** (the Clearinghouse). The Clearinghouse reviews relevant research, identifies well-designed and well-implemented impact studies, summarizes the findings from those studies, and disseminates them to the public. It reviews studies against the Departments' evidence standards to determine whether a study' research methods support its causal claims. It is a trusted source of scientific evidence for what works in education.

    **c. The National Library of Education.** The National Library of Education is a legislatively mandated program and one of five national libraries designated by Congress. The library serves the public by providing access to rare and historic education materials, as well as serving as an agency library that supports the Department's offices.

    5.    All of the Knowledge Use division's programs carry out statutory requirements. The REL program was established by the Education Sciences Reform Act, 20 U.S.C. § 9564.

ERIC predated ESRA, but was explicitly continued by that statute. *See* 20 U.S.C. § 9562(a). While not authorized by name, the Clearinghouse's function ismandated by ESRA, 20 U.S.C. § 9562(a)(3) and (b), and the Every Student Succeeds Act, 20 U.S.C. § 5545—and is further referenced by name at 20 U.S.C. § 7013. The Clearinghouse standards and procedures have been incorporated by reference into regulations. 34 C.F.R. § 77.2.. The National Library of Education was established by ESRA. *See* 20 U.S.C. § 9562(d).

6.  Until February 2025, I served as the Contracting Officer's Representative (or "COR") for three contracts across two programs. I managed the contract for ERIC, which is a highly visible project. I have managed ERIC for 12 years. I also managed two contracts involving the Clearinghouse. I managed an infrastructure project that included overseeing the development of methodological standards, training on those standards, developing a workflow management system to review research against those standards, peer review of all findings, and maintaining the website. I also oversaw the development of a Practice Guide on reading interventions for students K-3 struggling in reading. The practice guide was being written by a panel of experts to address the concern, often raised by the President and the Secretary of Education, that American children are falling behind in reading. The practice guide was going to provide a free resource full of recommended activities, scripts, and lessons to improve reading.

7.  On February 10, 2025, my colleagues and I were called into a division-wide meeting by our supervisors. Our supervisors said that they had been called into an emergency meeting with IES's Acting Director, and were told that the Department of Government Efficiency (DOGE) had decided to terminate the majority of IES's contracts, including all contracts relating to the Knowledge Use division except those for the RELs. We were not given any lists of which contracts were terminated, and were told not to communicate with contractors.

I only found out that the two contracts I oversaw for the Clearinghouse were canceled when I received emails from contractors. I was only copied on some of the termination notices. I found out after the termination notices were sent out that ERIC was not included on the list.

8. No DOGE or ED employee discussed the consequences of canceling the contracts I oversaw with me prior to this meeting. None of my IES colleagues talked with DOGE either. The first day that DOGE arrived at IES was February 10, and I understand that they had already marked the contracts for cancellation.

9. Based on my 14 years at IES, and training as a COR, the way these contracts were terminated was extremely unusual. The COR is the person at an agency who has the most direct knowledge of a contract, and the contractor's performance of that contract. These contracts had no concerns over performance and met a bona fide need of the Department.

10. The cancellation of the Clearinghouse support contracts means that the Department cannot review new studies and publish reviews to its website. Educators and teachers will no longer have access to a credible, trusted, free review of educational programs before they spend a lot of money purchasing them. Instead, they may purchase programs based on sales pitches and waste money on programs that are not proven to be effective. Additionally, the Clearinghouse reviews the Department's grant applications to determine whether methodologies in proposed grants are supported by evidence as defined by 20 U.S.C.§ 7801(21). Without that work, the Department may fund programs that have no evidence of effectiveness.

11. My third contract, the contract for ERIC, was not canceled. But that contract will expire on its own if an option to extend is not exercised by April 24, 2025. I was informed by IES leadership that DOGE was only approving contract actions that had a reduction of funding of at least 50%. To reduce the contract by 50% would mean ERIC would have to drop 45% of its

source publications, and cease providing customer support, creating communications materials, and approving new sources to be indexed.

12. If the ERIC contract does not continue, then the website will not be updated with new education research, and there is a risk that valuable research will be lost. Commercial search engines and scholarly databases rely on ERIC to gather and catalog education research and non-journal literature will become much harder to discover without ERIC. Even at a fifty percent reduction, it will become a far-less useful and effective tool—particularly without the customer support that helps fulfill NCEE's obligations under 20 U.S.C. § 9562(b)(4). It will be harder for teachers and students to have a free way to gather research and resources and learn from less known sources. Instead, they may turn to free, easily accessible sources like blogs, TikTok, or Pinterest. Peer-reviewed educational research will no longer be available to everyone, but instead it will only be available to the elite who can pay to access it. It is also possible that the website could be dismantled entirely, which would have a huge impact on educators and researchers.

***Reduction in Force***

13. On March 11, 2025, I received an internal email advising me to telework the following day because there was a security threat for all three Department of Education buildings. Around 6 p.m. that evening, my laptop restarted, and I was no longer able to send external emails. Around 7:22 p.m., I received an email stating that "your organizational unit is being abolished along with all positions within the unit—including yours." The email further informed me that I would be placed on administrative leave beginning March 21, 2025. Attached as Exhibit 1 to this Declaration is a true and correct copy of that email. On April 10, 2025, I received a "Notice of Separation Due to Reduction in Force" that indicated my position, as well

as the entire Knowledge Synthesis Branch was being abolished. A true and correct copy of that email is attached as Exhibit 2 to this Declaration.

14. My understanding is that IES was significantly impacted by this Reduction in Force (RIF). The following employees remain:

   a. NCES: Has three remaining employees.

   b. NCER: Only the Commissioner

   c. NCSER: not subject to the RIF, but has fewer than 10 total employees

   d. NCEE: Only the Commissioner, who is also the Acting Director of IES

   e. Additional IES staff who were not part of one of these four centers were also impacted. The director of IT and the Information Security Specialist, who run the server and keep it secure and ensure that personally identifiable information remains confidential were subject to the RIF. Staff who handle congressional inquiries and FOIA requests were also subject to the RIF.

15. When a federal contract is terminated for convenience, the COR is responsible for overseeing the closeout of that contract—including by ensuring the return of any work-product, including any data that might be in the contractor's possession. I was not able to complete the closeouts of my contracts before being placed on administrative leave. That work, like ERIC, were transitioned to another project officer who is taking over all of the contracts at NCEE—including the canceled ones-- in addition to her current responsibilities. She will not have the capacity to create agreements with publishers, review all of the deliverables, be the help desk for the website, and work to solve problems as they arise—while also closing out contracts and ensuring the preservation of data on top of her normal responsibilities. I do not believe that the

project officer will have the capacity needed to effectively manage ERIC, much less any of the other NCEE programs that have been assigned to her, on top of her existing workload.

16. Based on my knowledge and experience, I do not believe that the Department can meet its statutory obligations under ESRA given the RIF. There are three Contracting Officer's Representatives left at IES. They are not going to be able to run the statutorily required programs themselves. There are no staff remaining to manage the contracts and or the budget, put money on the contracts, help write the solicitation packages—much less comply with FOIA, manage the servers, preserve confidential data, and ensure the timely dissemination of research and data. There are not enough people at IES left to ensure that IES is fulfilling its statutory responsibilities.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 14, 2025

Erin Pollard Young

# EXHIBIT 1

**Pollard, Erin**

| | |
|---|---|
| **From:** | Clay, Jacqueline |
| **Sent:** | Tuesday, March 11, 2025 7:38 PM |
| **To:** | CHCO |
| **Subject:** | CHCO - Notice to Employees Impacted by Reduction in Force (RIF) |
| **Attachments:** | Instructions for ED Employees Impacted by RIF, 3-11-25.docx; ED RIF Information and Resources, 3-11-25.docx; Office Hours – Retirement Paperwork and Process \| Questions and Answers |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Colleagues,

I am writing to share some difficult news. This email serves as notice that your organizational unit is being abolished along with all positions within the unit – including yours. Please note, if you elected to separate under another program e.g., Deferred Resignation Program, Voluntary Early Retirement Authority (Early-Out), or Voluntary Separation Incentive Payment (Buy-Out), you are NOT impacted by the Reduction in Force (RIF).

To provide you with the maximum opportunity to focus on your transition, you will be placed on paid administrative leave starting **Friday, March 21, 2025**.

- *Please take immediate action to review and comply with the Instructions for Employees Impacted by the RIF (attached). This document contains important information regarding access to ED facilities, transitioning your work, and preparing for administrative leave.*

- *Ensure* your Principal Operating Component (POC) has your current mailing address, and a good personal phone number and email address to contact you.

- During the transition period, you will retain limited equipment and systems access to enable official communications regarding your RIF standing. Please note:
    - You are only authorized to back-up your data to a network device or approved backup device.
    - You are prohibited from storing sensitive or mission-critical data on your systems' hard drive or handheld device.
    - All Department of Education system resources, including hardware, software programs, files, paper reports, and data are the sole property of the Department of Education, and there should be no expectation of privacy.
    - You are prohibited from transmitting electronic copies of Department of Education materials to your home or other personal accounts.
    - Personnel using remote access shall not download or store Government information on private equipment, optical or digital media.

- o Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.

➢ No earlier than 30 days from the date of this email you will receive your official RIF notice, which will begin an additional 60 days of paid administrative leave prior to your separation from the agency.

➢ This will give you a total of 90 days on paid leave to help facilitate your transition.

➢ Your official RIF notice will provide more detailed information on your specific benefits and standing and be delivered to your mailing address on file.

➢ You will only retain your Ed.gov email to facilitate communications with the agency through March 21, 2025.

ED has made the determination to initiate RIF procedures as part of the agency's restructuring process.  These actions support Executive Order (EO) 14158, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative, dated February 11, 2025 and Office of Personnel Management Guidance on Agency RIF and Reorganization Plans, dated February 26, 2025.  This decision is in no way a reflection of your performance or contributions, which we deeply appreciate.

I recognize that this is a challenging moment, and my team is committed to supporting you through this transition.

➢ For additional information about Reductions in Force, visit the Office of Personnel Management RIF site.

➢ For general questions regarding next steps, please email workforcereshaping@ed.gov.

➢ For specific retirement or benefits questions, please contact benefits@ed.gov.

➢ Use the Employee Assistance Program, if needed. The Employee Assisstance Program (EAP) and WorkLife4You Program, provided by Federal Occupational Health (FOH), are available 24 hours a day, 7 days a week at 1-800-222-0364 (TTY: 1-888-262-7848) or at www.FOH4you.com or www.worklife4you.com.

➢ Should you lose access or need IT support, please contact the Help Desk at ocioenterprisehelpdesk@ed.gov; or call 202-708-HELP (202-708-4357) and select Option 2.

With regard,

Jacqueline Clay
Chief Human Capital Officer

Attachments:
Instructions for ED Employees Impacted by RIF
ED RIF Information and Resources
Benefits and Work/Life Email: Office Hours – Retirement Paperwork and Process

# EXHIBIT 2



UNITED STATES DEPARTMENT OF EDUCATION

April 10, 2025

**MEMORANDUM**

TO:     Young, Erin Pollard
        EDUCATION RESEARCH ANALYST, GS-1730-14
        IES, KNOWLEDGE SYNTHESIS

FROM:   Jacqueline Clay
        Deputy Assistant Secretary
        Chief Human Capital Officer
        Office of Human Resources
        Office of Finance and Operations

SUBJECT:   Notice of Separation Due to Reduction in Force

In accordance with the Executive Order titled *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative*, dated February 11, 2025, it is with great regret that I must inform you that your position of EDUCATION RESEARCH ANALYST, GS-1730-14 is being abolished and you have been reached for reduction in force (RIF) action. This memorandum constitutes a specific RIF notice.

Effective June 10, 2025, ED will conduct a RIF within your competitive area. This action is a result of the abolishment of your position in IES, KNOWLEDGE SYNTHESIS.

This RIF is in accordance with current law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, internal U.S. Department of Education (ED) policy, and where applicable, the governing collective bargaining agreement between AFGE and ED. In accordance with these provisions, ED will release you from your competitive level, and you do not have an assignment right to another position in your competitive area. As a result, your separation from the Federal service by RIF on June 10, 2025.

To conduct the RIF, the Office of Human Resources (OHR) prepared retention registers which listed employees in retention standing order based on civil service tenure, veterans' preference, length of Federal service and performance ratings. We used the following information to determine your retention standing as of the RIF effective date:

**Competitive Area:** ERTK
**Service Type:** Competitive
**Position Title, Pay Plan, Series and Grade:** EDUCATION RESEARCH ANALYST, GS-1730-14
**Competitive Level:** R1S

**Tenure Group:** 1, CAREER APPT OR EXC (NOT ON TRIAL PD & W/O TIME LIMIT)
**Retention Tenure/ Subgroup:** 1B
**Service Computation Date (SCD):** March 14, 2011
**Latest Three Performance Evaluations:**
Rating Performance and Pattern FY24: 5
Rating Performance and Pattern FY23: 5
Rating Performance and Pattern FY22: 5
**SCD adjusted by latest three performance ratings:** March 14, 1991

Attached to this letter is an Employee Guide to RIF Benefits which contains information regarding leave and other benefits available to employees separated by RIF, as well as information on the ED Career Transition Assistance Plan. In addition, you may authorize OHR to release your qualification information to Federal, state, and private sector agencies and organizations by completing the attached release authorization.  Information regarding benefits available under the Workforce Investment Act of 1998 Program, including unemployment insurance is located at http://www.doleta.gov/usworkforce/WIA/planstatus.cfm.

You may be eligible to receive severance pay. If you are eligible for severance, we will process payment upon separation.   If you think you may be eligible for discontinued service or regular retirement, please see the Employee Guide to RIF Benefits for more information or contact benefits@ed.gov.  **Note:**  You are not eligible for severance pay if you are eligible for an immediate annuity under Minimum Retirement Age (MRA) +10, optional or discontinued service retirement.

If you resign on or before the RIF effective date of June 10, 2025, ED will still consider your separation involuntary.  Please be advised that you may affect your appeal rights if you resign.  You are strongly encouraged to contact OHR for information if you are considering resigning during this specific notice period.

OHR staff are available to assist you by explaining this proposed action and will provide you with copies of pertinent regulations, benefits information, or other material related to this action that you may wish to review. Title 5 of the Code of Federal Regulations Part 351 contain the RIF regulations. OHR will provide a copy to you upon request. You may also inspect the appropriate retention register through the OHR. You may obtain any information in writing by sending your request to the ED RIF Team, email: WorkforceReshaping@ed.gov.

You may have the right to appeal this action to the Merit Systems Protection Board (MSPB).  Should you elect to appeal to the MSPB, your appeal must be in writing and submitted no later than 30 calendar days after the effective date of the reduction in force action.  For more information, please visit www.mspb.gov or contact your local MSPB regional or field office (see attached). However, if you are a bargaining unit employee, you must use the negotiated grievance procedures and may not appeal to the MSPB unless you allege that the RIF action was based upon discrimination.

Alternatively, you may file an electronic appeal at https://e-appeal.mspb.gov/. See *How to File an Appeal* at http://www.mspb.gov/appeals/appeals.htm.  If you file an appeal the MSPB must serve an acknowledgement order to the following address:

Office of the General Counsel,
U.S. Department of Education
400 Maryland Ave, SW
Washington, DC  20202

If you believe this action is because of a prohibited personnel practice other than discrimination based on your race, color, religion, sex, national origin, age, disability, marital status, or political affiliation, you may seek corrective action with the Office of the Special Counsel (OSC). Your decision to file an MSPB appeal or to seek corrective action from the OSC is exclusive and irrevocable.  See Prohibited Personnel Practices Overview for more information about seeking corrective action.

If you believe this action is because of race, color, religion, sex (including pregnancy), national origin, physical disability, genetic information, or age, you may file a complaint with Office of Equal Employment Opportunity Services by email at ODS_OEEOS@ed.gov. To initiate a complaint, you must contact an ED Equal Employment Opportunity Counselor within 45 days of the effective date of this action.

This RIF action is not a reflection upon your performance or conduct. It is solely due to the reduction in the number of positions as described earlier in this letter. ED appreciates the service you have rendered. We deeply regret that this decision affects you, and we recognize the difficulty of the moment.

**Attachments:**
RIF Information Sheet
Employee Guide to RIF Benefits
ED Placement Programs
Reemployment Priority List Registration Form
Authorization to Release Qualifications Information
Severance Pay Information
MSPB Appeal Offices Locations

Sent by email to: erin.pollard@gmail.com

No hard copy to follow

3