UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants. | Civil Action No. 25-999-TNM |

**DECLARATION OF KEVIN STANGE**

I, Kevin Stange, declare as follows:

1. I am a tenured Professor of Public Policy at the Gerald R. Ford School of Public Policy at the University of Michigan, where I teach graduate courses in higher education policy, economics, and quantitative methods. I also serve as the Co-Director of the University's Education Policy Initiative and a Faculty Research Fellow at the National Bureau of Economics Research. From 2022 to 2023, I served as a Senior Advisor to the Under Secretary of Education at the U.S. Department of Education.

2. I received a B.S. in Mechanical Engineering and a B.S. in Economics at the Massachusetts Institute of Technology. Subsequently, I obtained a Ph.D. in Economics at the University of California at Berkeley (UC-Berkeley).

3. I am a member of the Association for Education Finance and Policy (AEFP).

4. My research focuses on topics in empirical labor and public economics, with a particular emphasis on the economics of higher education. For example, I am currently leading

projects to better understand how higher education alters students' labor market trajectories and mobility and how post-secondary investment responds to changes in skill demand. I also am evaluating several financial aid programs in the State of Michigan.

5. The Institute of Education Sciences (IES), a research agency within the Department of Education (ED), has control over many restricted-use datasets used in research on a large range of educational topics. IES research is organized into four National Education Centers, one of which is the National Center for Education Statistics (NCES).

6. I have used restricted-use data from NCES in much of my research for more than 20 years—dating back to my dissertation at UC-Berkeley in 2008, when I used the National Education Longitudinal Study (NELS). Access is restricted to protect the confidentiality of respondents, including students, teachers, faculty, and parents, whose individually identifiable information is contained in the datasets. IES issues licenses to qualified organizations to permit individual researchers access to the restricted data. I continue to use NCES data today. I also have advised and currently advise multiple graduate students who use the NCES data in their work.

7. I am using the following NCES datasets in my research: NELS; Education Longitudinal Study (ELS); Beginning Postsecondary Students Longitudinal Study (BPS) (multiple waves—meaning, the study has tracked several different cohorts over time); National Postsecondary Student Aid Study (NPSAS) (multiple waves); and Baccalaureate and Beyond (B&B). I have a license to access these datasets.

8. As explained below, defendants' actions in shutting down the work of IES have made it more difficult for my colleagues, graduate students, and I to access and analyze NCES restricted-use data.

9. First, I am currently directing a multi-year project funded by IES to create a new software tool that would enable college staff, researchers, and policymakers to better identify college courses that teach the same content. That way, when students transfer between schools, the second college will be able to look at the student's transcript and be able to assess which of its own courses are equivalent to those the student took at the first school. The software tool we are designing will effectively put college courses across the country into the same classification system and will therefore make transferring across institutions more efficient—with savings for students, institutions, and taxpayers. Researchers and policymakers will also be able to use the tool to characterize patterns of course-taking over time and across institutions on a large scale.

10. To accomplish this goal, my team must use multiple NCES restricted-use datasets. NCES data is a key ingredient in our tool's development, because the datasets created and published by NCES include a careful categorizing and labeling of college courses on transcripts from a nationally representative sample of students attending a wide range of institutions.

11. The problem we now have is that on February 10, 2025, NCES notified all restricted data users that remote access to the data will be terminated on June 1, 2025. Up to now, my team has been accessing IES restricted data in two ways: (1) a remote-access option, which allows access through any computer using the internet; and (2) a secure data room in our School, which contains a single stand-alone computer not connected to the internet, in which a user can access the data off of CDs provided by NCES.

12. I have a University of Michigan graduate student on this research team who is living outside of Michigan and accessing the data remotely. That student has the specific expertise to use the NCES data to "train" the machine-learning models, but this student will not be able to access the data as frequently as with the remote option. Additionally, the remote-access server, housed at

NCES, has much greater power to handle the computationally intensive analysis we are conducting. While we are able to continue our analysis using data from CDs on our stand-alone computer at the University of Michigan, work can now be conducted only by a single member of the research team at a time, and this single computer does not have nearly the computational capacity as the remote-access server. Our stand-alone computer is both slower and more limited in the number of models it can run. For these reasons, we paid extra for the high-capacity computing power that comes with remote access, which we are about to lose on June 1. Because we cannot finish our analyses and models on the remote-access server, we need to make the switch to the stand-alone computer immediately. That switch not only will delay the development of the software tool by some unknown amount, but it also will restrict the number of different classification models we can incorporate. As a result, the accuracy and usefulness of the tool will likely be diminished. The loss of remote access directly affects me, a research colleague, the graduate student living outside Michigan, and other graduate and undergraduate students all working together on this project.

13.     We also fear that IES disclosure review will be greatly slowed. Licensees are not permitted to share publicly their analyses of restricted data until IES approves the disclosure. The reason for the limitation is to prevent the disclosure of information that might identify respondents. That means that my colleagues, students, and I cannot publish a research paper containing an analysis of the data, speak at a conference on the topic, or use it in class to teach until that disclosure is approved by IES. We are deeply concerned that IES approvals of our future disclosure requests will be greatly delayed or maybe not processed at all due to the reduction in operating staff at IES.

14.     Second, my access to DataLab since February 2025 has not been reliable. DataLab is a platform of web-based tools that provide the public with access to data collected by NCES. I

recently have been using DataLab to download aggregate statistics drawn from the 2020 NPSAS for a project examining financial aid programs operated by the State of Michigan. I use the data to compare Michigan's programs with those of other states. DataLab did not function properly on several occasions when I accessed it in February. Furthermore, I will not be able to update my results going forward because the contract to assemble the 2024 NPSAS was recently canceled. I want to use this data to update my previous research and help guide the State of Michigan in how to improve its financial aid programs. But now I cannot do that.

15. The NCES data upon which I rely is irreplaceable. State-level data from Michigan or other states enables me to look only at a single state. NCES provides nationally representative data. There is no comparable data available anywhere.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2025

_____
Kevin Stange