# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants. | Civil Action No. 25-999-TNM |

## DECLARATION OF MARY VOIGHT

I, Mary Voight, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me by staff at the Institute for Higher Education Policy in my capacity as President and Chief Executive Officer.

2. My name is Mary ("Mamie") Voight, and I am President and Chief Executive Officer of IHEP, one of the Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

3. I was named President and CEO of IHEP in 2021, after serving in numerous roles in the organization since 2013, including Interim President and Senior Vice President. I have worked in education research and policy since 2009. As President and CEO, I lead and oversee all of IHEP's work.

1

4. IHEP is a nonpartisan, nonprofit research, policy, and advocacy organization that is committed to promoting postsecondary access and success for all students. Since its founding more than thirty years ago, IHEP has provided timely, evidence-based, and student-centered research to inform policy decisions and address the nation's most pressing higher education challenges. To accomplish this, IHEP employs a team of professionals who, themselves and in coordination with third parties, conduct and publish research on issues relating to college access, affordability, success, and post-college outcomes. IHEP makes its work publicly available on its website, for free, and also provides its research and analysis directly to policymakers and higher education institutions.

5. The Institute of Education Sciences (IES) serves an irreplaceable function in collecting and sharing high-quality national data about education in America. Whittling down IES will cause long-term scarring on our nation's postsecondary system and limit our basic understanding of higher education. It also directly impacts IHEP in its ability to do its day-to-day work and advance its mission. IHEP relies heavily on data and tools provided by IES in doing its work. Our work has already suffered as a result of the cuts at IES, and will continue to suffer if those cuts are not reversed.

*IHEP's Work Relies on IES Research and Data Collections*

6. IHEP staff rely on IES data collections on a daily basis in doing their work.

7. One data collection we rely upon heavily is the Integrated Postsecondary Education Data System, or "IPEDS," which is a system of interrelated surveys conducted annually by IES's National Center for Education Statistics (NCES). IPEDS is particularly valuable because participation is required by every institution that participates in federal student financial aid programs—leading to a level of comprehensive coverage that is unavailable from other data

sources. Currently, IPEDS includes data on over 6,000 colleges and universities, including some that do not participate in federal student financial aid programs. While some state-level entities require similar data to be reported, not all do. By using consistent metrics and definitions, IPEDS allows for comparisons and analyses across state lines, which are not possible with state-level data.

8.  IPEDS data are made available to researchers like those at IHEP via ED websites, as well as to students and the public via ED's College Navigator website, ED's College Scorecard website, and many Google searches for colleges and universities. IPEDS data also form the basis for many of the tables and statistics included in other IES resources, including the Digest of Education Statistics and the Condition of Education.

9.  IHEP has relied on IPEDS data to conduct research on a variety of topics, including college costs, affordability, and the value students receive from their higher education experience. For example, IPEDS data were essential for a June 2023 report that we authored and disseminated that measures whether institutions are delivering a minimum economic return to students and examines the impact of financial aid policy changes on the value students receive.[1] We also relied on IPEDS data on college costs, along with other IES data, to make policy recommendations in our testimony before the Massachusetts Board of Higher Education's Finance and Administrative Policy Advisory Council in 2024.[2] And IPEDS data are necessary for the Equitable Value Explorer, an IHEP-managed interactive data visualization tool that compares the post-college student earnings at and economic value delivered by colleges and universities across the country.[3]

10. While the contracts for IPEDS have not yet been canceled, the NCES staff that managed those contracts and oversaw IPEDS have been placed on administrative leave. Without

---

[1] https://www.ihep.org/publication/risingabovethethreshold/
[2] https://www.ihep.org/press/vp-of-research-and-policy-testifies-before-massachusetts-board-of-higher-education/
[3] https://www.ihep.org/equitable-value-explorer-data-provide-new-insights-on-disaggregated-student-earnings/

staff support to oversee the data collections and develop improvements to the surveys, the future of IPEDS is imperiled. In fact, in late March, we learned that the web portal that institutions use to submit IPEDS data was down for several days leading up to the April 2 institutional reporting deadline. Problems with data submission can make IPEDS data less reliable and comprehensive, if those problems prevent colleges from providing data in a timely fashion. Key metrics in the College Scorecard and other tools are simply not possible without IPEDS.

11.     IPEDS also forms the institutional sampling frame for other NCES postsecondary studies, including the National Postsecondary Student Aid Study (NPSAS) and the Beginning Postsecondary Students longitudinal study (BPS). IHEP relies on these studies for its work on college affordability, student outcomes, and understanding college students' characteristics and experiences. For example, in 2023, we published an analysis of unmet financial need using NPSAS:20 data and found that students receiving federal Pell Grants and students of color had, on average, higher unmet need than other groups of students.[4] Our October 2024 follow-up analysis looked at differences in unmet need based on immigrant generational status.[5] Our March 2025 blog post examined how students cover college affordability gaps and how outcomes differ between students with unmet financial need and those without unmet need.[6] We have also used NPSAS data to understand the characteristics of today's college students[7] and the share of American Indian or Alaska Native students who identify as more than one race or ethnicity.[8] These

---

[4] https://www.ihep.org/college-affordability-still-out-of-reach-for-students-with-lowest-incomes-students-of-color/
[5] https://www.ihep.org/affordability-immigrants-of-color-generations/
[6] https://www.ihep.org/the-case-for-ies-postsecondary-studies-what-npsas-and-bps-tell-us-about-college-affordability-and-student-outcomes/
[7] https://www.ihep.org/a-snapshot-of-todays-college-students/
[8] https://www.brookings.edu/articles/federal-data-vastly-undercount-native-american-college-students-new-federal-standards-could-change-that/

analyses inform policy recommendations and would not have been possible without NPSAS and BPS data.

12. In February 2025, we learned that the contracts for both the 2020 and 2024 NPSAS studies were being terminated midstream. The 2020 NPSAS contract includes the BPS longitudinal study. The loss of NPSAS and BPS data will be hugely detrimental to our work because those nationally representative studies provide crucial insights about student enrollment, degree completion, affordability, and on-campus experiences that are not available through any other sources. For example, NPSAS and BPS provide unique information about how students pay for college and how those choices affect future outcomes. Other institution-level data on tuition and fees and financial aid awarded can't tell us what students can afford, whether they can cover tuition and living expenses, which students face the greatest financial barriers, and how those financial barriers impact their outcomes in college and after college. In addition, the studies' large sample sizes, incorporation of ED and institutional administrative data (such as financial aid information from the FAFSA and data on enrollment intensity from campus information systems), and collection of student interview data, including certain demographic data, allows for analyses that are not possible via other data sources. In particular, these studies allow us and other researchers to examine the college experiences and outcomes of student parents, veterans, and first-generation students,[9] as well as immigrant students and their descendants[10] – student populations that are not captured in other data sources.

---

[9] https://www.ihep.org/the-case-for-ies-postsecondary-studies-what-npsas-and-bps-tell-us-about-student-veterans-parents-first-generation-student-experiences/
[10] https://www.ihep.org/affordability-immigrants-of-color-generations/

### *IHEP Relies on IES's Dissemination Tools*

13. IES is important not just because of the data it collects, but because—as required by law—it shares that information with the public, including researchers like those at IHEP.

14. IHEP uses both public-use and restricted-use IES data.

15. In accessing and analyzing public-use data, our staff uses DataLab, a secure, web-based platform managed by NCES. DataLab provides users with the ability to create custom analyses using NCES data, including NPSAS and BPS, as well as the ability to explore ready-built data tables. DataLab is the only widely available way to access NPSAS or BPS data to analyze student access and affordability trends, how students utilize financial aid, their experiences in programs and institutions, and their economic outcomes after graduation. In addition to helping users explore federal data to address policy and research questions through a privacy-protected interface, DataLab provides resources to ensure that analyses are statistically accurate, such as flagging when sample sizes are too small to draw accurate conclusions. These details make data tables more usable and help ensure consistent and accurate interpretation.

16. While the DataLab platform remains largely operational today, ongoing support for its functionality has been halted due to the cancellation of the relevant contract. In recent months, our staff has experienced difficulties accessing data on DataLab. Those intermittent technical problems have caused delays and added difficulty for our staff in being able to run analyses using public-use NCES data. Without regular maintenance, DataLab will erode over time and become unusable. That means IHEP will not be able to rely on it to access and analyze data as required for its work.

17. As for restricted-use data, IHEP holds a remote restricted-use data license, which we obtained on March 30, 2023. While public-use data allows for robust analyses of NCES data,

6

restricted-use data provides access to source files, enables linking to other data sources, and allows much greater flexibility in the construction of analyses by enabling researchers to analyze data using statistical software. For example, we were relying on restricted-use NPSAS data for our analyses of higher education experiences and outcomes for students with different amounts of assets, as reported on the FAFSA. Those source variables related to wealth are not available for analysis in the public-use data. In addition, restricted-use data allows users to generate new variables, which can enable unique insights and findings. For example, our ongoing work on multiracial students sought to identify the most common combinations of race and ethnicity across undergraduate students nationwide, a process that would be very cumbersome with public data files. Finally, restricted-use data can be combined with data from other sources, such as the Census Bureau's American Community Survey (ACS). For a project exploring students' postsecondary educational value, our team had planned to merge ACS data with restricted-use NCES data files.

18. On February 10, we received an email from IES, attached as Exhibit 1, stating that "due to budgetary and programmatic considerations," it was ending the remote access program for restricted-use license holders like IHEP. The email also said that requests to add new data or new users to our existing license would not be considered. IES's email suggested that remote restricted-use license holders either "complete [their] analysis or shift to use of a cold room" by June 1, 2025.

19. IHEP staff has been working hard to complete their analyses of restricted-use data by the June 1 date. The loss of remote access to restricted-use data will be devastating to IHEP, as it will prevent us from conducting research to support our policy priorities and our mission. We would need to instead rely on public-use NCES data to conduct more limited analyses or turn to other data sources, which are not as comprehensive, robust, or reliable as the restricted-use NCES data on topics related to postsecondary education. IHEP does not currently have the physical space

Docusign Envelope ID: 48C0DE7D-9060-499F-9708-8CA03A86A50A

necessary for the "cold room" that is required for a physical data license and it would cost thousands of dollars to establish one. A cold room also would not be feasible for IHEP because our staff that use restricted-use data are located across the country.

20. The cuts at IES are also impacting IHEP's ability to publish work it has already conducted using restricted-use data. Consistent with the privacy and security rules of IHEP's restricted-use data license, before it releases any work based on restricted use data—be it a blog post, a report, or a presentation—we submit that work to IES for disclosure risk review. Typically, that review has taken five to ten business days. Since February 2025, we have experienced difficulty in obtaining such reviews, which has prevented us from publishing analyses as planned and is negatively impacting our ability to complete grant deliverables on schedule.

21. For example, on February 7, 2025, IHEP staff submitted a request for review of an analysis using data from the Beginning Postsecondary Students 12/17 (BPS:12/17) longitudinal study. After we inquired as to the status of that review, we received an email on February 26, 2025 stating that "due to the recent reduction in resources, the disclosure risk review processing time may take longer than the expected 5-10 business days." That disclosure risk review request still has not been processed.

22. We have submitted several additional requests for disclosure risk review since, and none have been processed. This includes a March 4, 2025 request for approval of an analysis of student income and wealth using National Postsecondary Student Aid Study 2020 (NPSAS:20) data and a March 14 request for approval of our analyses around wealth, race/ethnicity, student outcomes, and basic needs insecurity, using NPSAS and BPS data. As of today, neither of those requests have been processed or approved. Despite numerous follow-ups, we have not received

updates on the timeline for those data approvals, which has added a great deal of uncertainty to our project timelines and our ability to complete grant deliverables on schedule.

23. Access to restricted-use data will be irrelevant if there is no way for IHEP to share its analysis and findings based on such data. Sharing analyses of aggregate data, including restricted data, so as to better inform policy is core to IHEP's mission.

24. On April 4, 2025, we received an email from IES sent to all restricted use data license holders, attached as Exhibit 2, stating that it wanted "to better understand their ongoing needs for Restricted Use Files. Doing so will allow us to assess the level of program support required to continue this vital service and comply with applicable law." IHEP continues to have an ongoing need for Restricted Use Files, and a need for IES staffing adequate to process disclosure risk reviews in a timely manner.

25. Between the loss of valuable data from canceled studies like NPSAS and BPS, difficulties in accessing public-use data, and the inability to publish analyses from and continue accessing restricted-use data, the Department of Education's recent efforts to halt the work of IES will have a significant impact on IHEP's ability to conduct its core activities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2025

DocuSigned by:

*Mary Voight*
783B9FCEF963408...
MARY VOIGHT
4/15/2025 | 7:00:55 PM EDT

# EXHIBIT 1

**Voight, Mamie**

---

**From:** IESData.Security@ed.gov
**Sent:** Monday, February 10, 2025 4:00 PM
**To:** IESData.Security@ed.gov
**Subject:** NCES Secure Remote Access Program for Restricted-Use License Holders Ending

Dear NCES restricted-use license holders,

NCES staff has been working for some time on a plan to transition our secure remote access program from the Coleridge Initiative's Administrative Data Research Facility (ADRF) to a new platform. Unfortunately, due to budgetary and programmatic considerations, we must end our existing remote access program. No new applications for remote access will be accepted.

For license holders who currently have remote access:
- Requests to add new data or new users cannot be considered.
- Steps should be taken to complete your analysis or shift to use of a cold room at your organization by the time remote access ends on June 1, 2025.
o For information about the security requirements and security plan that must be established to establish a cold room, see Statistical Standards Program - Chapter 3: Security Procedures.
- We are seeking approval for funding to enable Coleridge to make copies of all user-generated materials (code, output, etc.) to be transferred to NCES so that the materials could then be transferred to users who establish cold rooms. However, we strongly recommend that you sanitize any materials you want to remove from the ADRF and submit them for standard disclosure risk review (DRR). Resources for review are limited, so please send as soon as you can.

We are truly sorry for any difficulties this may cause for your research.

Please do not hesitate to contact us with any questions you may have, at IESData.Security@ed.gov.

Thank you,


EFFECTIVE IMMEDIATELY:
Until such time as ED Offices are fully reopened, all mail must be sent to: IES Data Security

IES Data Security, NCES, PCP 4165
400 Maryland Avenue SW
Washington, DC 20202
Office: 202-245-7674
IESData.Security@ed.gov

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

# EXHIBIT 2

**Voight, Mamie**

---

**From:** IESData.Security@ed.gov
**Sent:** Friday, April 4, 2025 9:29 AM
**To:** IESData.Security@ed.gov
**Subject:** Action Requested - Restricted Use Data License Holders

Hello,
The National Center of Education Statistics (NCES) is reaching out to all active Restricted Use License Program participants to better understand their ongoing needs for Restricted Use Files. Doing so will allow us to assess the level of program support required to continue this vital service and comply with applicable law.

If you anticipate no further need of one or more data files associated with your license, we ask that you please complete and submit the form found here: https://nces.ed.gov/statprog/rudman/pdf/m.pdf

Thank you for helping us to mitigate risk and improve planning!


EFFECTIVE IMMEDIATELY:
Until such time as ED Offices are fully reopened, all mail must be sent to: IES Data Security

IES Data Security, NCES, PCP 4165
400 Maryland Avenue SW
Washington, DC 20202
Office: 202-245-7674
IESData.Security@ed.gov

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.