**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>    Plaintiffs,<br><br>        v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION<br><br>    Defendants. | Civil Action No. 25-999-TNM |

**DECLARATION OF MICHAL KURLAENDER**

I, Michal Kurlaender, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information shared with me in my capacity as President of the Association for Education Finance and Policy (AEFP).

2. My name is Michal Kurlaender, and I am the President of AEFP, one of the Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction.

3. As President of AEFP, I serve as the chief executive officer of AEFP. I have been President since March 2025, and served on AEFP's Executive Committee as President-Elect from March 2024 to March 2025. I have been a member of AEFP since 2010, and am familiar with all of the organization's activities.

1

4.      I have been active in education research for nearly thirty years and received my Doctorate in Education from the Harvard University Graduate School of Education in 2005. I am currently the Chancellor's Leadership Professor at the University of California, Davis School of Education.

5.      AEFP is an association of approximately 1,000 scholars and practitioners, all of whom share a common interest in the advancement of knowledge and its application to the improvement of education finance and policy. AEFP was first established in 1976, and is a registered nonprofit, incorporated under Florida law. Our members work in educational institutions, government agencies, non-profits, and consulting firms, and in a range of education-related fields.  AEFP members' research interests vary, and include topics in early-childhood education, K-12 education, postsecondary education, and adult and career vocational education. AEFP is nonpartisan, and our members have a variety of views on policy matters across the ideological spectrum. We pride ourselves on fostering an atmosphere of intellectual curiosity and friendly debate—grounded in a commitment to the idea that the best educational policies are those supported by high-quality research and data.

6.      AEFP's mission is to provide a forum for discussion and debate as to what drives effective education and related services for children, youth, and adults, while promoting research and development, and encouraging and supporting experimentation and reform which will make the field of educational finance responsive to emerging needs. AEFP achieves this mission via several programs designed to connect education researchers with one another and to promote and disseminate education research—including an annual conference, community groups, and award and grant programs. The annual conference includes the presentation of over 400 research studies,

a substantial number of them rely on data from IES, and/or are funded by grants and contracts out of IES.

7. The termination of IES programs and activities is contrary to AEFP's mission of promoting research and partnerships that can inform education policy and finance and improve education outcomes. IES provides the research infrastructure and access to data that allows us, and our members, fulfill that mission.

8. While all of AEFP's activities are impacted by the work of the Department of Education's Institute of Education Sciences (or lack thereof) two AEFP initiatives are particularly reliant on the research and data produced and disseminated by IES. One of those is Live Handbook, an initiative AEFP began in 2023 as an extension of a print volume, the *Handbook of Research in Education Finance and Policy*, that AEFP previously published. Live Handbook is an internet-based guide to evidence-based research related to education policy, designed to be regularly updated. That project has been led by Douglas Harris, an AEFP member. The fifty chapters published earlier this year rely on both IES data collections and IES-funded and supported research. Without new IES data collections and research, it will be difficult for the Live Handbook to be regularly updated as intended, and to provide up-to-date information as to the state of education in the United States.

9. AEFP also publishes a journal called *Education Finance and Policy* (EFP), which publishes policy-relevant research papers concerning education finance, policy, and practice. Over the last year, the majority of the articles published in EFP were produced with IES funding, used IES data, or cited IES studies. Without the research and data that IES funds and disseminates, there will be less evidence-based research for AEFP to publish in EFP.

10. In addition to impacts on AEFP as an organization, the cessation of programs at IES since February 2025 has had significant impact on our members. These impacts fall into a number of categories.

11. First, members are concerned about the impacts on their research caused by an inability to access IES funding. Several members have expressed that they had grant proposals pending before IES that they have been told will not be acted upon because the relevant staff has been placed on administrative leave, or because the peer review that was scheduled for those proposals has been terminated. Members who already have IES grants have expressed concerns because their contacts at IES who manage those grants have been placed on administrative leave.

12. Second, members have experienced issues accessing data and are concerned about forthcoming changes to data. Many AEFP members have restricted-use data licenses. Several have rushed projects, or changed their projects, based on fears they will no longer be able to access restricted-use data in the future given the announcement that IES was terminating its remote restricted-use program, and that it would not be accepting any new applications for restricted-use licenses. The delays in disclosure risk reviews have caused members to cancel presentations and publications, or switch to public-use data- even though that data is less-detailed and limits the analyses they perform. Other members have expressed concern that delays in disclosure risk review will put their tenure or graduation plans at risk, as they will not be able to publish or share their work.

13. Finally, AEFP members have shared that the cancellation of data collections like ECLS-K and NPSAS means they will not be able to pursue their intended research, as no substitute datasets are readily available.

14. As a researcher myself, I have encountered several challenges due to the termination of IES programs and activities. The abrupt exit of three of my program officers at IES has prevented me from obtaining information and review of my current activities, as well as about my pending grants. In addition, my students have been directly affected by the loss of fellowships and job opportunities that support training in data use and evidence-based policies across education settings. For some, this reduction in fellowship support may delay degree completion and, in some cases, jeopardize it entirely. Finally, the uncertainty surrounding continued data access has compromised my ability—and that of my students and collaborators—to conduct research on postsecondary access and financial aid receipt.

15. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2025

_____
Michal Kurlaender