UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants. | Civil Action No. 25-999-TNM |

**DECLARATION OF THOMAS WEKO**

I, Thomas Weko, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge, information and belief.

2. I currently serve as a research professor at the George Washington Institute of Public Policy at George Washington University. I am a political scientist by training, and since 1998, I have focused my work on higher education research and policy. I have held positions in education policy in state, federal, and multinational government institutions. Between January 2007 and July 2012, I served as the Associate Commissioner for Postsecondary, Adult, and Career Education at the National Center for Education Statistics (NCES), which is a subagency of the Institute of Education Sciences (IES).

3. As Associate Commissioner at NCES, I led a division of about fourteen full-time employees (including me). As Associate Commissioner I was part of a six-person leadership team

1

comprised of three other Associate Commissioners (A/C Assessment, A/C Elementary and Secondary Education, A/C Early Childhood, International, and Crosscutting Studies), the Chief Statistician, and the Deputy Commissioner.

4. On average, eight of the fourteen full-time employees I supervised worked exclusively on maintaining the Integrated Postsecondary Education Data System (IPEDS). IPEDS is a system of interrelated survey components conducted annually from every college, university, and technical and vocational institution in the United States that participates in federal student aid programs. When I was at NCES, IPEDS collected data from slightly more than 7000 postsecondary institutions, each of which submitted as many as ten survey components during three reporting periods each year on such subjects as institutional finances, enrollments, fees charged and financial aid provided, degrees awarded, and graduation rates.

5. Much of my and my team's work focused on fulfilling the data collection obligations mandated by Congress through statute. Congress has imposed detailed reporting requirements to be implemented through IPEDS, including the Student Right to Know Act (SRTK) and Campus Security Act, and the Higher Education Opportunity Act of 2008 (HEOA). HEOA 2008 mandates were especially extensive and required changes to four of the IPEDS survey components.

6. One thing that made the collection of IPEDS data demanding was that the staff at the various colleges and universities responsible for submitting data to IPEDS, the designated "IPEDS keyholders" were subject to turnover. To ensure the quality of data reporting, NCES staff therefore had to undertake training to support new and inexperienced "keyholders."

7. Data quality was a fundamental concern of the NCES IPEDS team. Working in partnership with our IPEDS contractor, the team would devise data quality edits to build into the

collection system to minimize the risk of erroneous uploads of data by keyholders, and routines to test the quality of data before it was migrated for dissemination to the public. A related responsibility of the NCES IPEDS team – working in collaboration with the Chief Statistician – was to ensure that small cell sizes in public-facing data, such as graduation rates for small subpopulations, could not lead to the identification of individuals.

8. Congress also mandated that the data collected by NCES be disseminated to the public in a timely manner in formats that are easily usable by researchers. To comply with this imperative, the team working on IPEDS developed and continually improved data tools for end users so that the data could be searched, sorted, and downloaded, or used to create tables, graphs, and figures. While College Navigator, our college search tool for students and families, was developed by the NCES IT team, because of our small staff, our other data tools were developed with the support of contractors such as the Research Triangle Institute, Inc.

9. IPEDS is not only used to collect data, but by users of data. IPEDS is used by a wide range of researchers, as well as by other government agencies and by colleges and universities in comparing themselves to their peers. Popular tools like the *U.S. News and World Reports* college rankings make use of IPEDS data in reaching their conclusions. My staff would answer questions on a continuous basis from media outlets, private researchers, congressional and executive branch aides, and other government agencies about IPEDS data.  IPEDS data form a key input to the College Scorecard and are used by a host of other federal agencies to support spending and regulation (e.g. ICE uses IPEDS CIP code in administering the Student and Exchange Visitor Program).

10. To faithfully implement statutory requirements, ensure that data was being collected and disseminated in the most effective way, and to solicit and respond to feedback from

end users of data, NCES also convened several expert technical review panels each year made of a cross section of higher education institutions, states, professional associations, advocacy and research organizations, and other stakeholders. For example, modifications to the collection of the Finance Component of IPEDS required engaging accounting experts familiar with both the Government Accounting Standards Board (GASB) used by public higher education institutions and Financial Accounting Standards Board (FASB) standards used by nonprofit institutions. Outside of these formal technical review panels, my staff were also responsible for keeping up with trade press and research literature to understand how higher education institutions and practices were changing (e.g. how IPEDS enrolment data would need to change to respond to digitally-enhanced learning), how IPEDS data was being used, and how our delivery of that data could be improved to better meet the needs of end users.

11. NCES staff would also regularly coordinate with other government agencies such as the Bureau of Labor Statistics (BLS), the National Science Foundation (National Center for Science and Engineering Statistics), and the Census Bureau to ensure that our data collections were complementary and together met the needs of government and the public. For instance, we worked closely with the Bureau of Labor Statistics (as well as stakeholders and the wider statistical community) to make sure that the IPEDS taxonomy of degrees, the Classification of Instructional Programs (CIP), could be effectively cross-walked against the BLS Standard Occupational Classification (SOC), since the crosswalk plays an important role for employers, policymakers, and learners to link occupations and degree programs.

12. The NCES Postsecondary, Adult, and Career Education team provided close and continuous support for the work of many of the program and policy offices of the Department of Education, including Federal Student Aid, Office of Vocational and Adult Education, Office of

Postsecondary Education, Office of the Under Secretary, and the Office of Planning, Evaluation, and Policy Development. This support consisted of responding to the regular requests for data and analysis, close consultation with them about the use of administrative data in the work of NCES and sharing insights about the quality and completeness of ED data (e.g., NSLDS data), and soliciting their advice on how best to revise NCES studies to ensure their responsiveness to the needs of lawmakers.

13. Without a team of expert staff at NCES sufficient to guide the planning, gathering and quality, and dissemination of IPEDS data, I expect two main adverse results. First, the quality and reliability of data will degrade. For example, no one will be available to train college and university staff responsible for reporting IPEDS data, especially as that staff invariably turns over, or to follow up with institutions who do not report data, causing the data sets to become incomplete and outdated. In addition, no further work will be done to check the data for errors and to refine and improve the data delivery tools, causing data to be less accurate and more difficult to access and use. Second, without expert NCES staff, the IPEDS collection system loses its ability to respond wisely or effectively to changes in its legal mandates – such as reauthorization of the Higher Education Act, or the adoption of new reporting requirements that may accompany proposed "Pell Workforce" legislation.

14. In addition to IPEDS, the other major area of activity I oversaw during my time at NCES was the sample survey called the National Postsecondary Student Aid Survey (NPSAS), and the two longitudinal studies that grew out of the NPSAS, the Beginning Postsecondary Students and Baccalaureate and Beyond surveys.

15. While I worked at NCES, a team of five full-time NCES employees worked on the NPSAS and its spin-off longitudinal studies. Those employees also relied on 40 to 50 contractors

5

(and subcontractors) to support their work, who provided comprehensive support for these studies, including planning and public consultation (e.g., through technical review panels), statistical expertise and survey instrumentation, respondent contacting and collection of administrative data from sampled institutions, through to data documentation and release, the development of "middleware" tools to support the public use of these data, and publications.

16. The NPSAS surveyed a nationally representative number of institutions of various types (two-year private universities, two-year public universities, four-year private universities, etc.). The samples in the survey had to be large enough to be statistically significant and to be generalizable to the population of 20 million undergraduate, graduate and professional students in the United States.

17. Using extensive survey and administrative data from sampled institutions, NPSAS provides us with detailed information about cost of college, about grant and loan aid received from federal, state, institutional and private sources, as well as other means of support (e.g. employer assistance, tax credits). It also asked about the college experience beyond its financial aspects, such as dates of enrollment, major, number of credits taken, and student characteristics that allow us to map information about college costs and supports to key populations that are the focus on student aid policies.

18. The Beginning Postsecondary Students survey followed college freshmen for six years to assess their courses taken, academic performance, and graduation rates. The Baccalaureate and Beyond Longitudinal study followed graduates for ten years to assess their jobs attained and earned income, further education and training, employment and career trajectories, and repayment experiences. It also provided a elementary and secondary teacher sample that permitted analysis of early careers among teachers, permitting study of key issues such as decisions not to enter – or,

exit – the teaching profession. Both longitudinal surveys relied on administrative information from sampled colleges and universities, as well as voluntary interviews with students and graduates.

19. Notwithstanding a skeletal NCES staffing level, during my tenure at NCES – and after – the sample survey team made diligent efforts to update the conceptual and methodological foundations of these studies, taking on board insights from leading educational economists in the redesign of BPS, collecting detailed transcript data for sample members through the Postsecondary Education Transcript Studies (PETS), and, more recently, creating a biennial NPSAS Administrative Collection (NPSAS:18-AC) based upon administrative data that provided study undergraduate representative samples for a majority of (30) US states.

20. I understand that the contracts for NPSAS 2020 and 2024 have been canceled. I believe that information that is crucially important to federal and state policymakers, professional bodies, foundations, news organizations, and the wider public will be lost as a result of not continuing these studies, since they provide the only public, transparent, accessible, and nationally representative source of information about the cost of college and the full range of financial supports that assist learners in meeting these costs, as well as the trajectories of learners during and after their experience in higher education, capturing essential information about factors that contribute to success and failure in studies (including key fields of national priority, such as STEM), and the impact of higher education on the life course of higher education graduates, ranging from family formation to career trajectories. The data collected in past iterations of the NCES postsecondary surveys are accessible to government officials, policy analysts, and the public through the NCES web-based middleware, Data Lab. However, without continuing support for the tool, I expect its functionality and the data access it provides will eventually diminish.

21. NCES was a very lean operation when I worked. It produced an incredible amount of information and provided outstanding support to policymakers, analysts, and the public on a tight budget. For example, we had only a $6,000 budget to support professional development and travel for 15 people. Many people were asked to perform multiple functions. No one's hands were ever idle, and many staff worked hours far beyond those for which they were formally responsible.

22. I understand that there are only a total of three IES employees left at NCES. Even if all three of these employees were to work solely on IPEDS and NPSAS, they would not be able to perform all the tasks necessary to maintain the integrity and currency of the IPEDS system, and of the NPSAS data.

23. IES generally, and NCES in particular, fulfill a vital role by helping federal and state policymakers, those who lead and manage higher education institutions, researchers, and the public at large to understand the state of the U.S. education system. Without staff or contractors to continue the work of NCES, it will no longer be able to provide the timely and accurate data Congress required it to produce, and which it successfully produced during my tenure and in the years since.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2025

*Thomas Weko*

_____
THOMAS WEKO