UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, SECRETARY OF THE DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0999 (TNM) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for the Defendant in the above-captioned case.

Dated: April 18, 2025
      Washington, DC

Respectfully submitted,

By:     /s/ *John C. Truong*
JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2524
john.truong@usdoj.gov

*Attorneys for the United States of America*