UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION<br>FINANCE AND POLICY, INC., et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>LINDA MCMAHON, in her official capacity<br>as Secretary of Education, et al.,<br><br>   Defendants. | Civil Action No. 25-0999 (TNM) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

  The Clerk of the Court will please substitute the appearance of John Truong with the appearance of Erika Oblea, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Dated: April 24, 2025

                  Respectfully Submitted,

                  */s/ Erika Oblea*
                  ERIKA OBLEA
                  Assistant United States Attorney
                  D.C. Bar #1034393
                  601 D Street, N.W., 7th Floor
                  Washington, D.C. 20530
                  Tel: (202) 252-2567
                  Email: Erika.Oblea@usdoj.gov

                  *Counsel for the Defendants*