UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants. | Civil Action No. 25-999 (TNM) |

**PLAINTIFFS' NOTICE OF REVISED PROPOSED ORDER**

Plaintiffs Association for Education Finance and Policy, Inc. and the Institute for Higher Education Policy submit the attached revised proposed order in connection with their pending motion for a preliminary injunction (ECF 6). The proposed order Plaintiffs submitted on April 17, 2025, was modeled on the March 28, 2025 preliminary injunction order issued by the district court in *National Treasury Employees Union v. Vought*, No. 25-cv-381, as modified by a partial stay issued by the D.C. Circuit on April 11, 2025. *See Nat'l Treasury Emps. Union v. Vought*, No. 25-5091 (D.C. Cir. Apr. 11, 2025), attached as Exhibit A. In particular, Plaintiffs' proposed order contained language from the D.C. Circuit's April 11, 2025 Order that had allowed the defendant agency to terminate or issue a notice of reduction in force to "employees whom defendants have determined, after a particularized assessment, to be unnecessary to the performance of defendants' statutory duties." Ex. A at 1.

On April 28, 2025, however, the D.C. Circuit issued a new order in the *NTEU* case, attached as Exhibit B, that, in light of disputes raised by the parties, modified its prior stay so as to eliminate

the language that would allow the agency to conduct a reduction-in-force after a "particularized assessment." Ex. B at 2. As such, Plaintiffs have likewise removed that language from the three places it appeared in their proposed order, while also correcting a typographical error that resulted in the incorrect numbering of paragraphs. No other changes have been made.

Dated: April 29, 2025                                Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver (DC Bar No. 1020475)
Karla Gilbride (DC Bar No. 1005886)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

*Attorneys for Plaintiffs*