UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, et al.,<br><br>Defendants. | Civil Action No. 25-0999 (TNM) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants respectfully request a fifteen-day extension until July 24, 2025, of the deadline to respond to Plaintiffs' Complaint in this matter. Plaintiffs, through counsel, consent to the relief requested herein. In support of this motion, Defendants state as follows:

1. On April 4, 2025, Plaintiffs filed a Complaint bring an *ultra vires* claim and Administrative Procedure Act ("APA") claims challenging the reductions in force, cancellation of contracts, and handling of the remote access program by the Department of Education's Institute of Education Sciences. Compl., ECF No. 1. The U.S. Attorney's Office was served with Plaintiffs' Complaint on or about April 9, 2025. As a result, Defendants' deadline to respond to the Complaint is currently June 9, 2025.

2. There is good cause supporting this request. Plaintiffs' motion for a preliminary injunction is fully briefed and pending a decision from this Court. In opposition to that motion, Defendants raised threshold arguments, including jurisdictional arguments, to argue that Plaintiffs are not likely to succeed on the merits of their claims. Accordingly, the Court's pending decision on Plaintiffs' motion may likely influence Defendants' response to the Complaint or further

proceedings in this matter. Accordingly, to conserve resources and promote judicial economy, Defendants respectfully request an extension of their time to respond to the Complaint to await the Court's decision on Plaintiffs' motion for preliminary injunctive relief.

3. This is Defendants' first request for an extension of time to respond to Plaintiffs' Complaint.

4. Pursuant to Local Rule 7(m), the undersigned counsel for Defendants conferred with counsel for Plaintiffs, who indicated that they consent to the relief requested herein.

5. For the foregoing reasons, Defendants respectfully request that the Court grant this motion and allow Defendants to respond to the Complaint on or before July 24, 2025. A proposed Order has been filed with this motion.

Dated: June 2, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
DIMITAR P. GEORGIEV-REMMEL, D.C. BAR #1735756
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*