UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**LINDA MCMAHON, in her official capacity as Secretary of Education**, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00999 (TNM) |

## ORDER

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, the pleadings, relevant law, related legal memoranda and counsels' argument in opposition and support, and the record, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the Plaintiffs' [6] Motion for Preliminary Injunction is **DENIED**.

**SO ORDERED**.

Dated: June 3, 2025                                         TREVOR N. McFADDEN, U.S.D.J.