UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, et al.,<br><br>Defendants. | Civil Action No. 25-0999 (TNM) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants respectfully file this errata to clarify that they are requesting a fifteen-day extension until June 24, 2025, of the deadline to respond to Plaintiffs' Complaint in this matter. Defendants' previous June 2, 2025, motion had contained a typographical error and incorrectly stated that they requested the extension until July 24, 2025. Plaintiffs, through counsel, consent to the relief requested herein. In support of this motion, Defendants state as follows:

1. On April 4, 2025, Plaintiffs filed a Complaint bring an *ultra vires* claim and Administrative Procedure Act ("APA") claims challenging the reductions in force, cancellation of contracts, and handling of the remote access program by the Department of Education's Institute of Education Sciences. Compl., ECF No. 1. The U.S. Attorney's Office was served with Plaintiffs' Complaint on or about April 9, 2025. As a result, Defendants' deadline to respond to the Complaint is currently June 9, 2025.

2. There is good cause supporting this request. Defendants had originally requested the extension on the basis that Plaintiffs' motion for a preliminary injunction was fully briefed and had been pending a decision from this Court. Since Defendants filed their extension motion on

June 2, 2025, however, the Court issued a decision on June 3, 2025, denying Plaintiffs' motion for a preliminary injunction by concluding that Plaintiffs are not likely to succeed on the merits of their claims. ECF Nos. 25, 26. Nonetheless, the short extension is still necessary as Defendants will need additional time to determine how to proceed given the Court's decision on Plaintiffs' motion for preliminary injunction.

3.  This is Defendants' first request for an extension of time to respond to Plaintiffs' Complaint.

4.  Pursuant to Local Rule 7(m), the undersigned counsel for Defendants conferred with counsel for Plaintiffs, who indicated that they consent to the relief requested herein.

5.  For the foregoing reasons, Defendants respectfully request that the Court grant this motion and allow Defendants to respond to the Complaint on or before June 24, 2025. A proposed Order has been filed with this motion.

| | |
|---|---|
| Dated: June 5, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: _____*/s/ Erika Oblea*_____<br>ERIKA OBLEA, D.C. Bar #1034393<br>DIMITAR P. GEORGIEV-REMMEL, D.C. BAR #1735756<br>Assistant United States Attorneys<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2500 (main)<br><br>*Attorneys for the United States of America* |