# Exhibit 1

**From:**       Soldner, Matthew
**To:**         Oblea, Erika (USADC)
**Subject:**    [EXTERNAL] FW: NCES DRR for "Wealth, Race, and Higher Education"
**Date:**       Wednesday, August 6, 2025 3:49:53 PM
**Attachments:** image001.png

███████████████████

**From:** Soldner, Matthew
**Sent:** Wednesday, August 6, 2025 1:37 PM
**To:** kdancy@ihep.org
**Cc:** IES DRR <IES_DRR@ed.gov>
**Subject:** NCES DRR for "Wealth, Race, and Higher Education"

Kim:

Staff responsible for disclosure risk reviews at the National Center for Education
Statistics have reviewed the blog "Wealth, Race, and Higher Education: How Income
and Wealth Shape College Aspirations." **No disclosure risks were identified.**

The blog may be shared beyond the individuals who are listed on your license. We would
kindly ask that you attribute the BPS data to NCES in the same way that you have
provided a source/link for the PSID-TA.

Best,
Matt

---

Matthew E. Soldner
Acting Director, Institute of Education Sciences &
Acting Commissioner, National Center for Education Statistics
U.S. Department of Education

Email: matthew.soldner@ed.gov
Phone Number: (202) 453-7441

