# Exhibit 2

**Oblea, Erika (USADC)**

| | |
|---|---|
| **From:** | IES DRR <IES_DRR@ed.gov> |
| **Sent:** | Monday, August 18, 2025 4:37 PM |
| **To:** | Dancy, Kimberly; IES DRR |
| **Subject:** | RE: DRR_000929513_Institute for Higher Education Policy_Dancy_03142025 |

Hello,
We have reviewed your submissions for two blog posts, titled "Race, Wealth, and Higher Education Series: Basic Needs Insecurity Affects All Students, Disproportionately Impacting Students of Color and Students from Low-Wealth Backgrounds," and "Race, Wealth, and Higher Education: From Aspirations to Attainment."

**No disclosure risks were identified.**

Your documents may now be shared beyond the individuals who are listed on your license.
Thank you,
Anne

Anne E. Ricciuti
Deputy Director for Science
Office of Science, Institute of Education Sciences
U.S. Department of Education
Email Address: anne.ricciuti@ed.gov
Phone Number: (202)-245-8455


**From:** Dancy, Kimberly
**Sent:** Friday, March 14, 2025 4:04 PM
**To:** IES DRR
**Subject:** DRR_000929513_Institute for Higher Education Policy_Dancy_03142025

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hello,

Please see the attached disclosure review request. I have included the STATA output code for sample size checks and all cells have at least 3 students included.

Kim

**Kim Dancy** *(she/her/hers)*
Director of Research and Policy

1



INSTITUTE FOR HIGHER EDUCATION POLICY

**P** 202-289-3112
**E** kdancy@ihep.org

