UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0999 (TNM) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss and motion for relief from Local Civil Rule 7(n)(1)'s requirements, and the entire record herein, it is hereby

ORDERED that Defendants' motion to dismiss is GRANTED,

ORDERED that Defendants' motion for relief from Local Civil Rule 7(n)(1)'s requirements is GRANTED; and it is further

ORDERED that Plaintiffs' Second Amended Complaint is dismissed WITH PREJUDICE.

SO ORDERED:

_____                                              _____
Date                                                                                                  TREVOR N. MCFADDEN
                                                                                                          United States District Judge