**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY, <br><br> *Plaintiffs*, <br><br> v. <br><br> LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION, <br><br> *Defendants*. | Civil Action No. 1:25-cv-999-TNM |

**JOINT STATUS REPORT**

Pursuant to the Court's February 25, 2026, Order, ECF 41, the parties have conferred on a schedule to govern further proceedings in this case. Because the parties have been unable to reach agreement, their separate positions are set forth below.

**Plaintiffs' Position**

Plaintiffs respectfully propose the following schedule:

1. Defendants to produce the administrative record on or before March 27, 2026.

2. Plaintiffs to file their motion for summary judgment on or before April 27, 2026.

3. Defendants to file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion on or before May 27, 2026.

4. Plaintiffs to file a combined opposition and reply on or before June 17, 2026.

5. Defendants to file their reply on or before July 8, 2026.

6. The parties to file a Joint Appendix on or before July 22, 2026.

Plaintiffs note that the agency actions challenged in this case were taken more than a full year ago, in February 2025. *See* 2d. Am. Compl., ECF 32, at ¶¶ 36, 42, 47, 54, 60, 66. Plaintiffs have been unable to apply for access to restricted use data, submit grant proposals for peer review, or access new data from any of the four cancelled studies since that time. The administrative record for the challenged decisions should not be voluminous, and Defendants have been on notice of the need to produce it since the Court's February 25 order denying their motion to dismiss. Thirty days from that order for production of the administrative record, followed by 30 days for Plaintiff's initial summary judgment briefing and then followed by 30 days for Defendants' initial briefing, offers ample time for the parties to present their arguments without unduly delaying judicial review.

**Defendants' Position:**

Defendants propose the following schedule for briefing and attach a proposed order:

- Certified List of Administrative Record: May 18, 2026

- Plaintiffs' Motion for Summary Judgment: July 2, 2026

- Defendants' Combined Cross Motion and Opposition: August 17, 2026

- Plaintiffs' Combined Reply and Opposition: September 16, 2026

- Defendants' Reply: October 16, 2026

- Joint Appendix: October 30, 2026

Defendants request this briefing schedule because of the undersigned's voluminous caseload. The undersigned counsel maintains a substantial and demanding caseload, with several defensive litigation deadlines in the following month alone, to include joint status report deadlines, an appellate brief deadline, and a mediation in addition to her affirmative litigation caseload. The agency will also need additional time to consider and prepare the administrative record, including

any evidence that bears on threshold issues consistent with this Court's opinion denying

Defendants' motion to dismiss. Moreover, any filings will need to be reviewed by the appropriate

officials within the Department of Justice. For these reasons, Defendants' counsel requires

sufficient time to review Plaintiffs' filings, confer with Agency counsel, and prepare an appropriate

response.

Proposed orders reflecting the parties' respective positions are attached.

Dated: March 18, 2026

/s/ Cormac A. Early
Adam R. Pulver (DC Bar No. 1020475)
Karla Gilbride (DC Bar No. 1005886)
Cormac A. Early (DC Bar No. 1033835)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
apulver@citizen.org

*Attorneys for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:        */s/ Erika Oblea*
    ERIKA OBLEA, D.C. Bar #1034393
    DIMITAR P. GEORGIEV-REMMEL,
    D.C.
      Bar #1735756
    Assistant United States Attorneys
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2500 (main)

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION FOR EDUCATION
FINANCE AND POLICY, INC., et al.,

      Plaintiffs,

      v.

LINDA MCMAHON, in her official capacity
as Secretary of Education, et al.,

      Defendants.

Civil Action No. 25-0999 (TNM)

## [PLAINTIFFS' PROPOSED] ORDER

Upon consideration of the Plaintiffs' Proposed Briefing Schedule, it is hereby:

**ORDERED** that the following schedule shall govern further proceedings in this matter:

- Defendants shall file a Certified Index of Administrative Record and serve the Administrative Record to Plaintiffs on or before March 27, 2026;

- Plaintiffs shall file a Motion for Summary Judgment on or before April 27, 2026;

- Defendants shall file their combined Cross Motion for Summary Judgment and Opposition on or before May 27, 2026;

- Plaintiffs shall file a combined Opposition and Reply on or before June 17, 2026;

- Defendants shall file their Reply on or before July 8, 2026; and

- The parties shall file a Joint Appendix on or before July 22, 2026.

Dated: _____

_____
TREVOR N. MCFADDDEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION FOR EDUCATION
FINANCE AND POLICY, INC., et al.,

      Plaintiffs,

      v.

LINDA MCMAHON, in her official capacity
as Secretary of Education, et al.,

      Defendants.

Civil Action No. 25-0999 (TNM)

**[DEFENDANTS' PROPOSED] ORDER**

Upon consideration of the Defendants' Proposed Briefing Schedule, it is hereby:

**ORDERED** that the following schedule shall govern further proceedings in this matter:

- Defendants shall file a Certified Index of Administrative Record and serve the Administrative Record to Plaintiffs on or before May 18, 2026;

- Plaintiffs shall file a Motion for Summary Judgment on or before July 2, 2026;

- Defendants shall file their combined Cross Motion for Summary Judgment and Opposition on or before August 17, 2026;

- Plaintiffs shall file a combined Opposition and Reply on or before September 16, 2026;

- Defendants shall file their Reply on or before October 16, 2026; and

- The parties shall file the Joint Appendix (LCvR 7(n)) on or before October 30, 2026.


Dated: _____

_____
TREVOR N. MCFADDDEN
United States District Judge