**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC., and THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>   *Plaintiffs*,<br><br>    v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, and U.S. DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | Civil Action No. 1:25-cv-999-TNM |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move for summary judgment on all remaining claims in their Second Amended Complaint. In support of this motion, Plaintiffs submit the accompanying memorandum of law, declarations of Rebecca Callahan and Matt S. Giani, and a proposed order.

Dated: June 26, 2026

Respectfully submitted,

/s/ Cormac A. Early
Cormac A. Early (DC Bar No. 1033835)
Adina H. Rosenbaum (DC Bar No. 490928)
Adam R. Pulver (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
cearly@citizen.org

*Attorneys for Plaintiffs*