**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ASSOCIATION FOR EDUCATION
FINANCE AND POLICY, INC.; THE
INSTITUTE FOR HIGHER
EDUCATION POLICY,

       Plaintiffs,

       v.

LINDA MCMAHON, in her official
capacity as Secretary of Education; U.S.
DEPARTMENT OF EDUCATION,

       Defendants.

Civil Action No. 25-999-TNM

**DECLARATION OF REBECCA CALLAHAN**

I, Rebecca Callahan, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge, information, and belief.

2. I am currently a Professor of Educational Leadership and Policy Studies at the University of Vermont's College of Education and Social Services. I am also the Program Coordinator for the College's Educational Leadership and Policy Studies Master's and Doctoral Programs. I received an MA and a PhD in Education from the University of California, Davis.

3. I am a member of the Association for Education Finance and Policy (AEFP).

4. My research focuses on the academic experiences of immigrant-origin, language-minority adolescents as they transition from high school into young adulthood. I am currently engaged in research projects that explore the effects of school context, social and academic

1

processes, and teachers' pedagogical practices on the academic and civic development of immigrant-origin, potential bilingual students.

5.      I had planned to conduct research on the high school course taking of English Learner (EL)-identified students by urbanicity using restricted-use data from the High School and Beyond Longitudinal Study of 2022 (HS&B:22), conducted by the National Center for Education Statistics (NCES), a component of the Institute of Education Sciences (IES) within the Department of Education. Specifically, I intended to use student-level data that would become available in the HS&B:22 dataset to examine how individual EL-identified students' course-taking patterns varied by school context. I am especially interested in how students' access to college preparatory and career-and-technical education (CTE) courses varies by urbanicity (e.g., rural, suburban, and urban centers) as well as myriad other factors that are associated both with EL status and course placement.

6.      I would have needed access to restricted-use data to conduct this research because the analysis I intended to perform can only be done using the more detailed versions of the HS&B dataset that would include individual-level demographic and other information for students. In my experience, the restricted use versions of IES datasets, unlike the public versions, allow for data to be analyzed using statistical software, and I expected that the HS&B:22 data, when published, would follow that pattern.

7.      At some point in late March or early April of 2025, the website for HS&B was updated to state that "For now, study operations for HS&B:22 have been suspended. It is possible that contact attempts may resume in the future." That notice remains on the HS&B:22 website as of the date of this declaration. *See* https://perma.cc/22U6-LMSP.

8.      At some point in March 2025, the website researchdatagov.org, the web portal for requesting access to restricted microdata from federal statistical agencies, including restricted-use data from IES, was updated to state that "The National Center for Education Statistics (NCES) is currently not accepting new applications for access to data through the standard application process. Review of applications for access to data from the National Center for Education Statistics is also paused until further notice." As of the date of this declaration, researchdatagov.org now states that "the National Center for Education Statistics is not accepting new proposals or reviewing proposals." *See* https://perma.cc/RG6Y-XNTM.

9.      Now that the HS&B:22 study has been cancelled, and NCES is no longer accepting applications for access to restricted-use data, I will not be able to rely on what would have been a rich source of longitudinal data, and I will not be able to carry out the research I had planned.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2026

_____

REBECCA CALLAHAN

3