**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC.; THE INSTITUTE FOR HIGHER EDUCATION POLICY, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants. | Civil Action No. 25-999-TNM |

**DECLARATION OF MATT S. GIANI**

I, Matt S. Giani, declare as follows:

1.      I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge, information, and belief.

2.      I am currently a Research Associate Professor in the Department of Sociology at the University of Texas at Austin. I received an MA in education policy, organization, and leadership studies from Stanford University, and a PhD in education policy and planning from the University of Texas at Austin.

3.      I am a member of the Association for Education Finance and Policy (AEFP).

4.      My research examines how policies, programs, and interventions promote social mobility or reinforce social stratification in K-12 and higher education, with a focus on strategies that can promote college access and success of low-income students. I regularly collaborate with

1

state agencies, schools and districts, and colleges in order to translate my research into actionable insights that can improve educational policy and practice.

5. My primary responsibility as a Research Associate Professor is to conduct research, typically funded by grants and contracts. I am not required to teach. In the next few years, I hope to seek promotion to full professorship. My application for promotion will be considered under the same criteria as apply to traditional tenure-track faculty, which typically include evaluation of an applicant's research, teaching, and service activities. Because my current position does not require teaching, my record of service will be particularly important when I apply for promotion.

6. My main service activity has been serving as a peer reviewer. From 2018 to 2025, I served on the Institute for Education Science's (IES) Education Systems and Broad Reform review panel. My most recent appointment to that review panel was a five-year term. The panel only reviewed applications for new grants.

7. On February 10, 2025, I received a letter from General Dynamics Information Technology, the organization that had contracted with IES to run peer review panels, instructing me to stop my work on the panel and stating that the panel's work had been terminated for convenience. Since that time, I have not reviewed for the Education Systems and Broad Reform review panel and am not serving as a member of that review panel.  IES has made no contact with me about service as a peer reviewer on the Education Systems and Broad Reform review panel.

8. In March 2026, IES invited me to serve as an ad hoc reviewer for two proposed "impact evaluation plans" submitted by research teams that had been awarded grants in Fiscal Year 2024, as part of a research network originally funded in FY 2023. Those ad hoc reviews required only an informal narrative report of my impressions of each proposal, unlike the reviews I

conducted as part of the Education Systems and Broad Reform review panel, which required formal, detailed, and quantitative evaluations of new grant proposals.

9.      The ad hoc reviews did not involve any panel meeting, and did not require the completion of a Conflict of Interest form or assignment of numerical scores according to defined review criteria, as was required when I served on the Education Systems and Broad Reform panel. There was also no panel chair or Scientific Review Administrator, as there was when I served on the panel.

10.      If IES had not cancelled its peer review program for new grant applications, I would have continued serving as a peer reviewer for the Education Systems and Broad Reform review panel and would likely have applied to serve as chair of the panel. If IES resumes its peer review program as it existed before February 2025, it would be my intention to again serve as a peer reviewer for the Education Systems and Broad Reform panel.

11.      Active service as a standing member of the Education Systems and Broad Reform review panel would be a very helpful form of external validation for my application for promotion. Because IES has cancelled its peer review program for new grant applications, however, I have lost much of the professional benefit of my work for IES, including the opportunity to apply to serve as chair of a peer-review panel. Other forms of service work, including performing ad hoc informal reviews for IES's CTE Research Network, cannot substitute for serving on the Education Systems and Broad Reform review panel. As a parallel, serving as an ad hoc reviewer for a manuscript submitted to a peer-reviewed journal does not carry the same professional weight as serving on a journal's standing editorial board. IES's decision to terminate peer review for new grant applications, which resulted in my termination as a member of the Education Systems and Broad Reform review panel, has likely harmed my ability to be promoted to full professor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2026

_Matt Giani_
MATT S. GIANI