**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC., and THE INSTITUTE FOR HIGHER EDUCATION POLICY,<br><br>　　　*Plaintiffs*,<br><br>　　　　v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, and U.S. DEPARTMENT OF EDUCATION,<br><br>　　　*Defendants*. | Civil Action No. 1:25-cv-999-TNM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for summary judgment, it is hereby **ORDERED** that the motion be **GRANTED**.

It is further **DECLARED** that the termination of the 2020/25 Beginning Postsecondary Students Longitudinal Study was arbitrary and capricious, and Defendants are hereby **ORDERED** to resume the study.

It is further **DECLARED** that the termination of the High School Longitudinal Study of 2009 was arbitrary and capricious, and Defendants are hereby **ORDERED** to resume the study.

It is further **DECLARED** that the termination of the High School and Beyond Longitudinal Study of 2022 was arbitrary and capricious, and Defendants are hereby **ORDERED** to resume the study.

It is further **DECLARED** that the termination of the Early Childhood Longitudinal Study-Kindergarten:2024 was arbitrary and capricious, and Defendants are hereby **ORDERED** to resume the study.

It is further **DECLARED** that the termination of the Institute of Education Sciences' (IES) peer-review program for new grants was arbitrary, capricious, and contrary to law, and Defendants are hereby **ORDERED** to resume the peer-review program.

It is further **DECLARED** that the termination of the processing of applications for access to restricted-use data held by IES was arbitrary, capricious, and contrary to law, and Defendants are hereby **ORDERED** to resume processing applications for access to restricted-use data.

Dated: _____, 2026

_____
Trevor N. McFadden
United States District Judge