UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC. *et al.*,

Plaintiffs,

v.

LINDA MCMAHON, in her official capacity as Secretary of Education, *et al.*,

Defendants.

Civil Action No. 25-0999 (TNM)

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants respectfully cross-move for summary judgment on all of Plaintiffs' claims. As set forth in the accompanying memorandum, which also serves as Defendants' opposition to Plaintiffs' motion for summary judgment, ECF No. 47, the case should be dismissed for lack of subject matter jurisdiction or, in the alternative, judgment should be entered for Defendants because Plaintiffs' claims are not reviewable and otherwise fail on the administrative record. A proposed order is attached.

Dated: August 11, 2026

JEANINE FERRIS PIRRO
United States Attorney

By: * /s/ Brett S. Covington*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Attorney for Defendants*