UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>Defendants. | Civil Action No. 25-0999 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment, ECF No. 47, Defendants' Cross-Motion for Summary Judgment, the oppositions and replies thereto, and the entire record, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED.**

**SO ORDERED.**

Date: _______________

_________________________________
TREVOR N. MCFADDEN
United States District Judge