UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASSOCIATION FOR EDUCATION FINANCE AND POLICY, INC. *et al.*,

Plaintiffs,

v.

LINDA MCMAHON, in her official capacity as Secretary of Education, *et al.*,

Defendants.

Civil Action No. 25-0999 (TNM)

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment, ECF No. 47, Defendants' Cross-Motion for Summary Judgment, the oppositions and replies thereto, and the entire record, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED.**

**SO ORDERED.**

Date: ________________

________________________________
TREVOR N. MCFADDEN
United States District Judge